UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26 - CV - 331-SCR

LEE S. JOHNSON, pro se

v.

EQUIFAX INFORMATION
SERVICES LLC
TRANSUNION, LLC
CAPITAL ONE BANK
USA, N.A.
THE GOLDMAN SACHS
GROUP, INC.,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
AMERICAN EXPRESS COMPANY
(AMEX)
THE CBE GROUP, INC.,

JURY TRAIL DEMANDED
BREACH OF CONTRACT
VIOLATIONS FCRA
VIOLATIONS FDCPA
PUNITIVE DAMAGES
EMOTIONAL & MENTAL STRESS
NEGLIGENCE

COMES NOW, Plaintiff Lee S. Johnson pro se for cause of action against Defendants Equifax

Information Services, LLC, TransUnion, LLC, Capital One Bank USA, N.A., The Goldman

Sachs Group, Inc., Experian Information Solutions, Inc., American Express Company, The CBE

Group., Inc.,

1.

This civil action is brought under the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et

Seq.

2.

Plaintiff Lee S. Johnson (Plaintiff) is a resident of Charlotte, North Carolina as defined by the

by the Fair Credit Reporting Act (FCRA), 15 U.S.C.§ 1681a(f).

3.

Defendants Equifax Information Services LLC (Equifax) is a consumer reporting agency as defined by the FCRA, 15 U.S.C. § 1681a(f). TransUnion LLC is a consumer reporting agency as defined by the FCRA, 15 U.S.C. § 1681a(f) (TransUnion). Experian Information Solutions Inc. is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f). The CBE Group Inc., is a debt collection agency which is defined under the Fair Debt Collection Act (FDCPA). 15 U.S.C. §1692a (6). Capital One Bank USA, N.A. is a bank doing business under the laws of the United States and is defined 26 U.S. Code§ 581 (Capital One). The American Express Company is a bank doing business under the laws of the United States and is defined 26 U.S. Code§ 581 (AMEX).

## STATEMENT OF FACTS AGAINST EQUIFAX INFORMATION SERVICES, LLC

4.

Equifax and Plaintiff agreed to a settlement agreement in a prior lawsuit that was filed in Federal Court case No. 3:24-CV-604-FDW. Equifax breach their obligations under terms that was agreed between the Parties. Equifax has contentiously violated the FCRA by failing to comply with the requirements under the FCRA, 15 U.S.C.§1681 et seq.,

a) negligence and willful to confirm the correct information on Plaintiff's credit report which is required by 15 U.S.C. 1681e(b).

b) negligence and willful reinvestigating accounts on Plaintiffs credit report which is required by 15 U.S.C.§ 1681i.

Equifax violated the FCRA by failing to *inter ali* to properly investigate Plaintiff' s credit report and the information on Plaintiffs credit report and violates 15 U.S. C.§ 1681i of the FCRA. Equifax acts are negligent and willful violations of the FCRA and breach their agreement in a

prior lawsuit.

Plaintiff has filed four lawsuits against Equifax for violating the FCRA and breach of contract.

## STATEMENTS OF FACTS AGAINST TRANSUNION, LLC

**5.**

Trans Union and Plaintiff agreed to a settlement agreement in a prior lawsuit that was filed in Federal Court case No. 3:24-CV-604-FDW. TransUnion breach their obligations under the terms that were agreed between parties. Trans Union has contentiously violated the FCRA by failing to comply with the requirements under the FCRA, 15 U.S.C.§ 1681 et seq.,

a) negligence and willfully confirming the correct information on Plaintiffs credit report which is required by 15 U.S.C. 1681e(b).

b) negligence and willfully reinvestigating accounts on Plaintiff's credit report which is required by 15 U.S.C. § 1681i.

Plaintiff has sent TransUnion an affidavits and FTC reports along with identity theft police reports. TransUnion has failed to delete the inquiries and The Goldmans Sach account 12001206582XXXXXX.

TransUnion violated the FCRA by failing to *inter ali* to properly investigate Plaintiff's credit report and the information on Plaintiff's credit report violates 15 U.S.C. § 1681i of the FCRA. TransUnion acts are negligent and willful violations and breach their agreement in a prior lawsuit.

## STATEMENTS OF FACTS AGAINST EXPERIAN INFORMATION SOLUTIONS INC.

**6.**

Experian negligence and willfully violated FCRA, 15 U.S.C. § 1681 et seq by failing to comply with the requirements under FCRA. Experian negligence and willfully fail to reinvestigate accounts on Plaintiff credit report which is required by 15 U.S.C. § 1681i Experian negligence and willfully to confirm and correct information on Plaintiff's credit report which is required by 15 U.S.C. 1681e(b).

Experian deleted accounts on Plaintiff' credit report and reinserted them back on Plaintiff's credit report without notifying Plaintiff is a violation FCRA 15 U.S.C. § 1681-1681x. Plaintiff has sued Experian three times for violations of the FCRA and breach of contract.

## STATEMENTS OF FACTS AGAINST THE CBE GROUP, INC.

### 7.

The CBE Group Inc. placed an account on Plaintiff's Equifax credit report. The CBE has failed to verify the account belongs to Plaintiff and has reported incorrect information on Plaintiff's credit report is a violation of the Fair Dept Collection Act 15 U.S.C. § 1692g.

## STATEMENTS OF FACTS AGAINST CAPITAL ONE BANK, USA N.A.

### 8.

Capital One bank has reported fraudulent accounts to Plaintiffs credit report. Capital one was sent police report and FTC report and an identity theft report. Capital one was contacted about the accounts that were reporting on Plaintiff 's credit report as fraud. The accounts 517805XXXXXXXX and 431503XXXXXXXX. Capital One has violated 15 U.S.C. §1681s (2).

Capital One has failed to remove and verify that these accounts belong to Plaintiff.

## STATEMENTS OF FACTS AGAINST AMERICAN EXPRESS

### 9.

American Express has reported a fraudulent account that was a business account to Plaintiff's Equifax and Experian credit report. Amex was sent disputes letters, FTC reports and identity thefts reports. Amex continuously report false information on Plaintiffs Equifax and Experian credit report and is a violation 15 U.S. C. § 1681s (2).

## STATEMENTS OF FACTS AGAINST THE GOLDMANS SACHS GROUP, INC.

### 10.

The Goldmans Sachs Group, Inc, has reported and continually report an account that is fraudulent. Plaintiff sent FTC report, affidavits, and dispute letters about the account No. 120001XXXXXX. The Goldmans Sachs Group Inc. is in violation 15 U.S.C. § 1681s (2).

## FIRST CLAIM OF RELIEF AGAINST EQUIFAX INFORMATION SERVICES, INC.,

### 11.

Plaintiff realleges paragraphs 4 as fully herein. Equifax negligently failed to comply with requirements under FCRA, 15 U.S.C. § 1681 et seq., including and not but limited. Equifax breach of a settlement agreement with the Plaintiff in a prior lawsuit.
Plaintiff has suffered denial of credit, emotional and mental stress, punitive damage, the opportunity to assume credit. Equifax negligence and willfully violations to continuously violate the FCRA.

Plaintiff is asking ($75,000,000.00) for seventy million dollars in damages against Equifax and cost and attorney fees if one are hired.

## FIRST CLAIM RELIEF AGAINST TRANS UNION, LLC

Plaintiff realleges paragraph 5 fully herein. TransUnion negligently failed to comply with requirements under FCRA, 15 U.S.C. § 1681 et. seq including and but limited. TransUnion breach of a settlement agreement with Plaintiff. Plaintiff has suffered denial credit, emotional and mental stress, punitive damages the opportunity to assume credit. TransUnion continuously violate FCRA. TransUnion breach a contract that was agreed between the Plaintiff and TransUnion. TransUnion actions are negligence and willful violations.

Plaintiff is asking ($26,000.000.00) for twenty-six million dollars in damages against TransUnion and cost of Court and attorneys' fees if one is hired.

## FIRST CLAIM OF RELIEF AGAINST EXPERIAN INFORMATION SOULTIONS

Plaintiff realleges paragraph 6 as fully herein. Experian negligently failed to comply with requirements Under FCRA, 15 U.S.C. § 1681 et seq. including and not but limited. Experian has failed to conduct a reasonable investigation and deleted accounts and reinserted the accounts back on Plaintiff's credit report. This will be the fourth lawsuit filed against Experian for violations of FCRA and breach of contract.

Plaintiff is asking ($80,000,000.00) for eighty million dollars for punitive damages willfully negligence violations FCRA, denial of credit, emotional and mental stress Court cost and attorneys' fees if one is hired.

### FIRST CLAIM OF RELIEF AGAINST THE CBE GROUP, INC.,

Plaintiff realleges paragraph 7 fully herein. The CBE Group, Inc., has failed to verify that the account belongs to Plaintiff. The CBE Group must have validation that an account exists and the accuracy of the account.

Plaintiff is asking ($750,000.00) for seven hundred fifty thousand dollars for violations of the FDCPA and punitive damage, emotional and mental stress and negligence.

### FIRST CLAIM OF RELIEF AGAINST CAPITAL ONE BANK, USA N.A.

Plaintiff realleges paragraph 8 fully herein. Capital One Bank, USA N.A. were sent an FTC report, police report on the accounts that were open fraudulently. Capital One continuously reporting fraudulently accounts on Plaintiffs credit report.

Plaintiff is asking ($2,500,000.00) for two million five hundred dollars for violations of FCRA, punitive damages, emotional and mental stress, Court cost and attorneys' fees if one is hired and negligence.

### FIRST CLAIM OF RELIEF AGAINST AMERICAN EXPRESS

Plaintiff realleges paragraph 9 fully herein. AMEX were sent an FTC report along with an affidavit and police report. Plaintiff disputing the business account as a fraudulent account to AMEX. Plaintiff contacted AMEX numerous times about the account being open up fraudulently. AMEX ignored Plaintiffs calls and disputes and still continually report the account on Plaintiffs Equifax and Experian credit report.

Plaintiff is asking ($3,000,000.00) for three million dollars for violations of the FCRA,

punitive damage, willful and negligent violations, emotional and mental stress and Court cost and attorney's fees if one is hired.

## FIRST CLAIM OF RELIEF AGAINST THE GOLDMANS SACHS GROUP, INC.

Plaintiff realleges paragraph 10 fully herein. Plaintiff is asking for ($2,500,000.00) for two million five- hundred thousand dollars for negligence and willful violations. Emotional and mental stress, punitive damage and violations of the FCRA, court costs and attorney fees if one is hired.

## CONCLUSION

Plaintiffs asked the Court for a jury Trail.

Respectfully submitted this April 6, 2026

Lee S. Johnson
1638 Marble Hill Dr.
Charlotte, NC 28262
(704)449-0154
Leejohnson480@yahoo.com