FILED
CHARLOTTE, NC

JUN - 1 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

LEE S. JOHNSON,

        Plaintiff,

v.

EQUIFAX CREDIT INFORMATION SERVICES, TRANSUNION, LLC, CAPITAL ONE BANK USA, N.A., THE GOLDMAN SACHS GROUP, INC., EXPERIAN INFORMATION SOLUTIONS, INC., AMERICAN EXPRESS COMPANY (AMEX), and THE CBE GROUP, INC.,

        Defendants.

Case No. 3:26-cv-00331-SCR-DCK

## <u>NOTICE OF VOLUNTARY DISMISSAL OF THE GOLDMAN SACHS GROUP, INC.</u>

PLEASE TAKE NOTICE that pro se Plaintiff Lee S. Johnson, through signature below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case as to The Goldman Sachs Group, Inc., without prejudice.

Dated: May 29, 2026

Lee S. Johnson
1638 Marble Hill Dr.
Charlotte, NC 28262
(704) 449-0154
Leejohnson480@yahoo.com
*Pro Se Plaintiff*

1

10095128.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026, I filed the foregoing document with

the Clerk of Court.

_____

**Lee S. Johnson**

3